UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAJJAD HAIDER,

    Plaintiff,

v.

MICK DEDVUKAJ, Detroit District Director
U.S.C.I.S.; EMILIO T. GONZALEZ,
Director, U.S.C.I.S.; MICHAEL CHERTOFF,
Secretary, D.H.S.; and ROBERT MUELLER, III,
Director, Federal Bureau of Investigations,

    Defendants.
_____/

Civil No. 2:07cv15119

HON. PATRICK J. DUGGAN
MAG. JUDGE R. STEVEN WHALEN

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sajjad Haider and defendants Mick Dedvukaj, *et al.,* by and through their undersigned attorneys, stipulate to entry of an order dismissing the above-captioned case with prejudice and with each party bearing his own costs and attorney fees.

| | |
|---|---|
| ROBIN SIEGEL, P.C. | STEPHEN J. MURPHY<br>UNITED STATES ATTORNEY |
| CANDIE TAU CLEMENT (56613)<br>Attorneys for Plaintiff<br>P.O. Box 70036<br>Rochester Hills, MI 48307<br>(248) 879-9290<br>candie@rsiegelpc.com | DERRI T. THOMAS (P53439)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226-3211<br>(313) 226-9153<br>derri.thomas@usdoj.gov |
| Dated: | Dated: |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAJJAD HAIDER,

    Plaintiff,

v.

MICK DEDVUKAJ, Detroit District Director
U.S.C.I.S.; EMILIO T. GONZALEZ,
Director, U.S.C.I.S.; MICHAEL CHERTOFF,
Secretary, D.H.S.; and ROBERT MUELLER, III,
Director, Federal Bureau of Investigations,

    Defendants.
_____/

Civil No. 2:07cv15119

HON. PATRICK J. DUGGAN
MAG. JUDGE R. STEVEN WHALEN

## ORDER OF DISMISSAL WITH PREJUDICE

In light of the foregoing stipulation by the parties, it is hereby ordered that this case is dismissed with prejudice and with each party bearing his own costs and attorney fees.

**IT IS SO ORDERED**.

    s/PATRICK J. DUGGAN
    United States District Court Judge

Date: May 1, 2008